UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

                    Plaintiff,              Case No. 2:17-cr-13

v.                                       HON. PAUL L. MALONEY

TIMOTHY JOHN SZYMANSKI, JR.

                    Defendant.

_____/

## <u>ORDER OF DETENTION</u>

      Defendant appeared before this Court on July 11, 2017 for a change a plea hearing.

      Prior to the change of plea hearing, the government, defense counsel and the Court were provided with a bond violation report.  In light of the plea and bond violation report, the government requested that defendant be detained pending sentencing. Defense counsel requested time to gather information and will contact the court to request a hearing on the bond violation.

      Defendant will be detained pending further proceedings in this matter.

      IT IS ORDERED

Dated: July 11, 2017           */s/ Timothy P. Greeley*_____
                                   TIMOTHY P. GREELEY
                                   U.S. MAGISTRATE JUDGE